J. SCOTT GERIEN, State Bar No. 184728
JOHN N. HEFFNER, State Bar No. 221557
ALESON R. CLARKE, State Bar No. 261643
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
SUTTER HOME WINERY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sutter Home Winery, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> AH Wines, Inc., Vaz Brothers, Inc., TM Wines LLC, Riondo USA LLC and Bevcon Group Incorporated and Wine Source Selections LLC <br><br> Defendants. | CASE NO. C 12-00763 EMC <br><br> [~~PROPOSED AMENDED~~] ORDER TO SHOW CAUSE |

Upon the annexed Temporary Restraining Order, Motion for Temporary Restraining Order and Supporting Memorandum of Points and Authorities of the Plaintiff, Sutter Home Winery, Inc., and upon the annexed declarations of Beverly Beutel, Erik Lawrence and J. Scott Gerien, let the defendants, AH Wines, Inc., Vaz Brothers, Inc., TM Wines LLC, Riondo USA LLC, Bevcon Group Incorporated and Wine Source Selections LLC (collectively "Defendants") show cause before this Court at the San Francisco Federal Building and Courthouse, Courtroom 5, 17th Floor, ~~455~~ 450 Golden Gate Ave., San Francisco, CA 94102, on 3/2/12 , at 1:30 p.m. of that day, or as soon

[PROPOSED AMENDED] ORDER TO SHOW CAUSE     1     Case No. C12-00763 EMC

thereafter as counsel can be heard, why an order should not be entered enjoining and restraining Defendants and their distributors from producing, selling, offering for sale, advertising or shipping any wine using the mark HOMAGE A TROIS pending a final decision on the claims in this matter, and further requiring Defendants to provide the Court and Plaintiff with a complete list of all parties to whom Defendants have sold or shipped the HOMAGE A TROIS wine and further requiring Defendants to provide all such parties to whom Defendants have sold or shipped the HOMAGE A TROIS wine with written notice, acceptable to the Court, of the entry of this preliminary injunction against Defendants restraining Defendants and their distributors from producing, selling, offering for sale, advertising or shipping any wine using the mark HOMAGE A TROIS and requesting that such parties to whom Defendants have sold or shipped the HOMAGE A TROIS return the HOMAGE A TROIS wine to Defendants for a full refund. Defendants shall also promptly notify the Court and Plaintiff of all responses it receives to the letter requesting the return of the remaining HOMAGE A TROIS wine to Defendants for a full refund. Defendants' opposing brief shall be filed by 4:00 p.m. on 2/28/12.

Ordered that pending the hearing and determination of this application or the expiration of __14__ days from the date hereof, whichever shall occur first, the Defendants and their distributors be and are hereby restrained from producing, selling, offering for sale, advertising or shipping any wine using the mark HOMAGE A TROIS and that Defendants shall provide written notification within three (3) days of this Order, in a form acceptable to the Court, to all parties to whom it has sold or shipped the HOMAGE A TROIS wine of the entry of this Temporary Restraining Order against Defendants restraining Defendants from producing, selling, offering for sale, advertising or shipping any wine using the mark HOMAGE A TROIS and requesting that such parties similarly cease all advertising and sale of the HOMAGE A TROIS wine. Defendants shall also provide evidence of such written notifications to the Court and Plaintiff within six (6) days of the entry of this Order. It is further ordered that service of a copy

[PROPOSED AMENDED] ORDER TO SHOW CAUSE     2     Case No. C12-00763 EMC

1  of this Order to Show Cause and the documents annexed to it shall be made upon the Defendants
2  on or before _____2/23/12_____, by ____6:00 p.m.____.

3
4
5  Dated: __2/23/12__      By: _____
6                          United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED AMENDED] ORDER TO SHOW        3        Case No. C12-00763 EMC
CAUSE